**FILED**
APR 2 4 2008
APR 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )     08CR 339
vs.                               )
                                  )     Violation: Title 18, United States
JUSTIN MARKS                      )     Code, Section 1700
                                  )
                                  
**MAGISTRATE JUDGE KEYS**

The UNITED STATES ATTORNEY charges:

On or about December 10, 2007, at South Holland, in the Northern District of Illinois, Eastern Division,

JUSTIN MARKS,

defendant herein, being a United States Postal Service letter carrier, having taken charge of mail, namely, approximately 729 pieces of mail to be delivered within postal ZIP code 60473, did voluntarily quit and desert the same before he had delivered it into the Post Office at the termination of his route, and to some known mail carrier, messenger, agent, or other employee in the Postal Service authorized to receive the same;

In violation of Title 18, United States Code, Section 1700.

UNITED STATES ATTORNEY