Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 339 | **DATE** | 5/2/2008 |
| **CASE TITLE** | USA vs Justin Marks | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Information. 16.1A conference to be held by 5/9/08. Pretrial motions to be filed by 5/16/08. Responses to pretrial motions are due by 5/30/08. Reply thereto due by 6/6/08. Status hearing set for 6/20/08 at 9:00 a.m. Time is excluded pursuant to 18:3161(h)(1). *AK*

Docketing to mail notices.

00:8;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|