# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 339 - 1 | **DATE** | 6/20/2008 |
| **CASE TITLE** | USA v Justin Marks | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued 7/9/08 at 9:30 a..m.  Pursuant to the Pretrial Services Report, the defendant's conditions of bond are modified to include that the defendant is to report to the Pretrial Services Officer and participate in a drug abuse program as directed by Pretrial Services as stated on the record. Time is excluded pursuant to 18:3161(h)(1). *AK*

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|