

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 339 | **DATE** | 7/8/08 |
| **CASE TITLE** | USA vs Justin Marks | | |

**DOCKET ENTRY TEXT**

Pursuant to the telephonic request of the parties, status hearing set for 7/9/08 is stricken. The Parties are attempting to bring this case to a resolution. Status hearing reset to 9/5/08 at 9:00 a.m. Time is excluded pursuant to 18:3161(h)(1).

Docketing to mail notices.

00:8;nfpc

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|