AO 86A (Rev. 5/85) Consent to Proceed -- Misdemeanor

# United States District Court

_____ DISTRICT OF _____

FILED
Sep 5 2008
SEP 0 5 2008
SEP 05 2008
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA
V.
JUSTIN MARKS

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE IN
A MISDEMEANOR CASE

CASE NUMBER: 08cr339
08cr 339

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.

x /s/ Justin Marks
Defendant

---

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury. _____
Defendant

Consented to by United States _____
Signature

_____
Name and Title

---

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

X _____
Defendant

---

/s/ _____
Defendant's Attorney (if any)

Approved By: /s/ Arlander Keys
U.S. Magistrate

September 5, 2008
Date