## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 339 | **DATE** | 9/5/2008 |
| **CASE TITLE** | USA vs. Marks | | |

**DOCKET ENTRY TEXT**

Status hearing held. The court admonished the defendant regarding his non-compliance with his order of release, specifically his positive drug test and missing his appointments with Pretrial Services. Defendant's counsel and Government are attempting to arrive at a resolution to this case. Upon request of both parties a Status hearing is set for 10/17/08 at 9:30 a.m. Time is excluded to 10/17/08 pursuant to 18:3161(h)(8)(A)(B)(x-t).

Docketing to mail notices.

00:16

| | Courtroom Deputy Initials: | LCW |
|---|---|---|